**[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024]**

**[MO: Donohue, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | No. 37 MAP 2023 |
| | Appeal from the Order of the Commonwealth Court at No. 1596 CD 2019 entered on September 28, 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010839 Dated October 11, 2019 and entered on October 15, 2019 |
| | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | No. 38 MAP 2023 |
| | Appeal from the Order of the Commonwealth Court at No. 1597 CD 2019 entered on September 28, 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010841 dated October 11, 2019 and exited on October 15, 2019 |
| | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | No. 39 MAP 2023 |
| | Appeal from the Order of the Commonwealth Court at No. 1598 CD 2019 entered on September 28, 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | Order of the Delaware County Court of Common Pleas, Civil Division, at |

|  | : | No. 2016-010843 dated October 11, 2019 and exited on October 15, 2019 |
|  | : |  |
|  | : | ARGUED: March 5, 2024 |

| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA

APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : | No. 40 MAP 2023

Appeal from the Order of the Commonwealth Court at No. 1599 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010847 dated October 11, 2019 exited on October 15, 2019

ARGUED: March 5, 2024 |

| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA

APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : | No. 41 MAP 2023

Appeal from the Order of the Commonwealth Court at No. 1600 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010848 dated October 11, 2019 and exited on October 15, 2019

ARGUED: March 5, 2024 |

| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA

APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : | No. 42 MAP 2023

Appeal from the Order of the Commonwealth Court at No. 1601 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at |

| | | |
|---|---|---|
| | : | No. 2016-010849 dated October 11, 2019 and exited on October 15, 2019 |
| | : | |
| | : | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : | No. 43 MAP 2023 |
| | : | |
| | : | Appeal from the Order of the Commonwealth Court at No. 1602 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010850 dated October 11, 2019 and exited on October 15, 2019 |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : | No. 44 MAP 2023 |
| | : | |
| | : | Appeal from the Order of the Commonwealth Court at No. 1603 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at Nos. 2016-010851 and Consolidated w/ 2016-010884 dated October 11, 2019 and exited on October 15, 2019 |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : | |
| | : | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : | No. 45 MAP 2023 |
| | : | |
| | : | Appeal from the Order of the Commonwealth Court at No. 1604 CD 2019 entered on September 28, 2022 Vacating and Remanding the |

[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024] [MO: Donohue, J.] - 3

| | | |
|---|---|---|
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : : : : : : : : : | Order of the Delaware County Court of Common Pleas, Civil Division, at No. CV 2016-010852 dated October 11, 2019 and exited on October 15, 2019 |
| | : | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : : : : : : : | No. 46 MAP 2023 Appeal from the Order of the Commonwealth Court at No. 1605 CD 2019 entered on September 28, 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : : : : : : | Order of the Delaware County Court of Common Pleas, Civil Divison, at No. 2016-010853 dated October 11, 2019 and exited on October 15, 2019 |
| | : | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : : : : : : : | No. 47 MAP 2023 Appeal from the Order of the Commonwealth Court at No. 1606 CD 2019 entered on September 28, 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : : : : : : : | Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010854 dated October 11, 2019 and exited on October 15, 2019 |
| | : | ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : : : : : | No. 48 MAP 2023 Appeal from the Order of the Commonwealth Court at No. 1607 CD 2019 entered on September 28, |

| | |
|---|---|
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : 2022 vacating and remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010856 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>: ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 49 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1608<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010857 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>: ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 50 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1609<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010858 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>: ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 51 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1610 |

| | |
|---|---|
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : CD 2019 entered on September 28,<br>: 2022, Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010859 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 52 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1611<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010860 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 53 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1612<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010862 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE | : No. 54 MAP 2023<br>:<br>: |

[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024] [MO: Donohue, J.] - 6

| | |
|---|---|
| BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Appeal from the Order of the<br>: Commonwealth Court at No. 1613<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010863 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br><br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 55 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1614<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010865 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 56 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1615<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Decision of the Delaware County<br>: Court of Common Pleas, Civil<br>: Division, at No. 2016-010868 dated<br>: October 11, 2019 and exited on<br>: October 15, 2019<br>:<br>: ARGUED: March 5, 2024 |

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | No. 57 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 1616 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010869 dated October 11, 2019 and exited on October 15, 2019<br><br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | No. 58 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 1617 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010871 dated October 11, 2019 and exited on October 15, 2019<br><br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | No. 59 MAP 2023<br><br>Appeal from the Order of the Commonwealth Court at No. 1618 CD 2019 entered on September 28, 2022 Vacating and Remanding the Order of the Delaware County Court of Common Pleas, Civil Division, at No. 2016-010873 dated October 11, 2019 and exited on October 15, 2019<br><br>ARGUED: March 5, 2024 |

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 60 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1619<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010874 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 61 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1620<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010883 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>:<br>ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA<br><br>APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : No. 62 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1621<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the<br>: Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010884 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>: |

[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024] [MO: Donohue, J.] - 9

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 63 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1622<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010885 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>: |

ARGUED: March 5, 2024

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 64 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1623<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010887 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019<br>: |

ARGUED: March 5, 2024

| | |
|---|---|
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 65 MAP 2023<br>:<br>: Appeal from the Order of the<br>: Commonwealth Court at No. 1624<br>: CD 2019 entered on September 28,<br>: 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court<br>: of Common Pleas, Civil Division, at<br>: No. 2016-010893 dated October 11,<br>: 2019 and exited on October 15,<br>: 2019 |

[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024] [MO: Donohue, J.] - 10

|  |  |
|---|---|
|  | : |
|  | : ARGUED:  March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC  FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 66 MAP 2023 |
|  | : |
|  | : Appeal from the Order of the |
|  | : Commonwealth Court at No. 1625 |
|  | : CD 2019 entered on September 28, |
|  | : 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court |
|  | : of Common Pleas, Civil Division, at |
|  | : No. 2016-010894 dated October 11, |
|  | : 2019 and exited on October 15, |
|  | : 2019 |
|  | : |
|  | : ARGUED:  March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC  FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 67 MAP 2023 |
|  | : |
|  | : Appeal from the Order of the |
|  | : Commonwealth Court at No. 1626 |
|  | : CD 2019 entered on September 28, |
|  | : 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Decision of the Delaware County |
|  | : Court of Common Pleas, Civil |
|  | : Division, at No. 2016-010897 dated |
|  | : October 11, 2019 and exited on |
|  | : October 15, 2019 |
|  | : |
|  | : ARGUED:  March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC  FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 68 MAP 2023 |
|  | : |
|  | : Appeal from the Order of the |
|  | : Commonwealth Court at No. 1627 |
|  | : CD 2019 entered on September 28, |
|  | : 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court |
|  | : of Common Pleas, Civil Division, at |
|  | : No. 2016-010903 dated October 11, |
|  | : |

[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024] [MO: Donohue, J.] - 11

|  |  |
|---|---|
|  | : 2019 and exited on October 15, |
|  | : 2019 |
|  | : |
|  | : ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 69 MAP 2023 |
|  | : |
|  | : Appeal from the Order of the |
|  | : Commonwealth Court at No. 1628 |
|  | : CD 2019 entered on September 28, |
|  | : 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court |
|  | : of Common Pleas, Civil Division, at |
|  | : No. 2016-010913 dated October 11, |
|  | : 2019 and exited on October 15, |
|  | : 2019 |
|  | : |
|  | : ARGUED: March 5, 2024 |
| IN RE: APPEAL OF PROSPECT CROZER LLC FROM THE DECISION OF THE BOARD OF ASSESSMENT APPEALS OF DELAWARE COUNTY, PA | : No. 70 MAP 2023 |
|  | : |
|  | : Appeal from the Order of the |
|  | : Commonwealth Court at No. 1629 |
|  | : CD 2019 entered on September 28, |
|  | : 2022 Vacating and Remanding the |
| APPEAL OF: CHESTER UPLAND SCHOOL DISTRICT | : Order of the Delaware County Court |
|  | : of Common Pleas, Civil Division, at |
|  | : No. 2016-010915 dated October 11, |
|  | : 2019 and exited on October 15, |
|  | : 2019 |
|  | : |
|  | : ARGUED: March 5, 2024 |

**<u>CONCURRING OPINION</u>**

**JUSTICE MUNDY**                    **DECIDED: December 17, 2024**

I join the majority opinion and write to address a modest point concerning waiver

and the use of the "structural error" terminology.

A structural error is an error for which prejudice is presumed, and thus, it is not subject to a harmless-error analysis.[1] However, some structural errors are waivable.[2] Presently, the majority faults the Commonwealth Court's analysis to the degree that tribunal considered the Section 17(a) violation to amount to "non-waivable structural error." Majority Op. at 53. I understand the emphasis here to be on "non-waivable" – that is, I interpret the majority to be saying the error was indeed structural but it was subject to waiver. This is because the remainder of the majority opinion clarifies, appropriately in my view, that the error which arose below resulted in presumed prejudice. *See id*. at 53, 54. Additionally, the Commonwealth Court's order expressly states that the error was structural, *see In re Prospect Crozer LLC*, 284 A.3d 428, 450 (Pa. Cmwlth. 2022), and the majority affirms that order (albeit on other grounds).

---

[1] *See In re Adoption of L.B.M.*, 161 A.3d 172, 183 (Pa. 2017); *Commonwealth v. Rega*, 70 A.3d 777, 786 (Pa. 2013) (citing *Sullivan v. Louisiana*, 508 U.S. 275, 281-82 (1993)).

The presumed prejudice concept is a doctrine developed in *United States v. Chronic*, 466 U.S. 648 (1984), for trial errors that are so likely to result in prejudice that the cost of litigating their effect in a particular instance is unjustified. *See id*. at 658; *see also Arizona v. Fulminante*, 499 U.S. 279, 309-10 (1991). *See generally Commonwealth v. Taylor*, 309 A.3d 754 (Pa. 2024) (discussing structural error).

[2] *See In re T.S.*, 192 A.3d 1080, 1087 (Pa. 2018); *see also Commonwealth v. Blakeney*, 108 A.3d 739, 760 n.17 (Pa. 2014) (distinguishing the question of structural error from the question of whether an error is waivable); *accord Mains v. Commonwealth*, 739 N.E.2d 1125, 1128 n.3 (Mass. 2000) ("Our cases have held that even structural error is subject to the doctrine of waiver.").

[J-7A-2024, J-7B-2024, J-7C-2024, J-7D-2024, J-7E-2024, J-7F-2024, J-7G-2024, J-7H-2024, J-7I-2024, J-7J-2024, J-7K-2024, J-7L-2024, J-7M-2024, J-7N-2024, J-7O-2024, J-7P-2024, J-7Q-2024, J-7R-2024, J-7S-2024, J-7T-2024, J-7U-2024, J-7V-2024, J-7W-2024, J-7X-2024, J-7Y-2024, J-7Z-2024, J-7AA-2024, J-7AB-2024, J-7AC-2024, J-7AD-2024, J-7AE-2024, J-7AF-2024, J-7AG-2024 and J-7AH-2024] [MO: Donohue, J.] - 13